ERIE RAILROAD COMPANY, Respondent, v. THE LEHIGH VALLEY RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.